**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | |
| | § | **No.  A-21-CR-00043-LY** |
| **(1) CHRISTOPHER MANGO,** | § | |
| *Defendant* | § | |
| | § | |

**ORDER**

Before the Court is Defendant Christopher Mango's Pro Se Motion to Appoint New Counsel, Dkt. 44. The District Court referred this motion to the undersigned Magistrate Judge. Dkt. 48. The undersigned set the motion for hearing, and, after holding that hearing, hereby determines that the motion should be granted. At the hearing, the undersigned admonished Defendant that future requests for new appointed counsel will not be well taken. Under the circumstances, however, the Court will permit Defendant's present counsel, Hector Del Toro, to withdraw and will appoint new counsel to take his place.

IT IS THEREFORE ORDERED that the motion, Dkt. 44, is GRANTED. Mr. Del Toro is permitted to WITHDRAW as counsel for Defendant, and the Court hereby APPOINTS Aaron Eugene Eckman, 13409 NW Military Hwy, #200, Shavano Park, Texas 78231, (432) 279-1506, to represent Defendant going forward. The Court FURTHER ORDERS that Mr. Del Toro meet with Mr. Eckman at the earliest opportunity to give Mr. Eckman a copy of the file and bring him up-to-date

with regard to the representation of Defendant. Thereafter, Mr. Del Toro has no further responsibilities in this case.

SIGNED March 16, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE